**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 05-7460

—————————

ISAIAH T. FEASTER,

                                    Petitioner - Appellant,

        versus

KATHLEEN GREEN, Warden,

                                    Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-05-2367)

—————————

Submitted:  March 30, 2006            Decided:  April 6, 2006

—————————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Isaiah T. Feaster, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaiah T. Feaster appeals the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Feaster v. Green, No. CA-05-2367 (D. Md. Sept. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED